# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 11, 2013

## NO.  03-10-00863-CR

**Kenneth Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 331ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE AND FIELD
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment of conviction:  **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the judgment of conviction of the trial court is in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.